April 13, 2018

*Via Electronic Court Filing*
The Honorable A. Kathleen Tomlinson
United States District Judge for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Gittens v. 7-Eleven, Inc.;* Docket No. 2:17-cv-06378-SJF-AKT

Dear Judge Tomlinson:

The parties have reached an agreement in principle to resolve this putative Rule 23 class action case. Per our discussions with your chambers, we understand that Your Honor has agreed to the parties' joint request to cancel the settlement conference scheduled for Monday, April 16, 2018. The parties will now turn their attention to finalizing details of their resolution and, once they have done so, presenting appropriate settlement papers to the Court.

We appreciate the Court's time and consideration. Should Your Honor have any questions or concerns, please do not hesitate to let us know.

                Respectfully submitted,

| | |
|---|---|
| BORRELLI & ASSOCIATES, P.L.L.C. | SEYFARTH SHAW LLP |
| | |
| s/ Michael R. Minkoff | s/ Howard M. Wexler |
| Michael R. Minkoff, Esq. | Howard M. Wexler, Esq. |
| 1010 Northern Boulevard, Suite 328 | 620 Eighth Avenue |
| Great Neck, New York 11021 | New York, New York 10018 |
| Telephone: (516) 248-6027 | Telephone: (212) 218-5500 |
| | |
| *Attorneys for Plaintiffs* | Kevin M. Young, Esq.* |
| | 1075 Peachtree St. NE, Suite 2500 |
| | Atlanta, Georgia 30309-3958 |
| | Telephone: (404) 885-1500 |
| | |
| | * Admitted *Pro Hac Vice* |
| | |
| | *Attorneys for Defendant* |

45789032v.1