UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAKEIRA GITTENS, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>       Plaintiff,<br><br> -against-<br><br>7-ELEVEN, INC.,<br><br>       Defendant. | Dkt. No.<br>2:17-cv-06378-SJF-AKT |

**NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASSES, APPOINTMENT OF NAMED PLAINTIFF AS CLASS REPRESENTATIVE, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT AND CLASS ACTION SETTLEMENT PROCEDURE**

  For the reasons set forth in the enclosed Memorandum of Law in Support of the Parties' Motion for Preliminary Approval of the Settlement, Certification of Settlement Classes, Appointment of Named Plaintiff as Class Representative, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval Of Proposed Notice of Settlement and Class Action Settlement Procedure, and the Declaration of Michael R. Minkoff, Esq., ("Minkoff Decl."), and the exhibits attached thereto, all Parties to this litigation jointly and respectfully request that the Court:

  (1)  preliminarily approve the proposed Settlement Agreement, annexed to the Minkoff Decl. as Exhibit A;

  (2)  approve the proposed Notice of Settlement, annexed to the Minkoff Decl. as Exhibit B;

1

(3) certify the two overlapping settlement classes under Fed. R. Civ. P. 23(a) and (b)(3) and 29 U.S.C. § 216(b) for purposes of effectuating the settlement;

(4) appoint Named Plaintiff Shakeira Gittens as the Class Representative for both Classes;

(5) appoint Borrelli & Associates, P.L.L.C. as class counsel;

(6) appoint Arden Claims Service, LLC, as Settlement Claims Administrator;

(7) approve the Parties' proposed schedule for final settlement approval and schedule a fairness hearing; and

(8) enter the Proposed Order attached to the Minkoff Decl. as Exhibit C.

Respectfully submitted this 3rd day of July, 2018.

_/s/ Michael R. Minkoff_  
Michael R. Minkoff, Esq.  
Alexander T. Coleman, Esq.  
Michael J. Borrelli, Esq.  
**BORRELLI & ASSOCIATES, P.L.L.C.**  
655 Third Avenue, Suite 1821  
New York, New York 10017  

*Counsel for Plaintiffs and Putative Class*

_/s/ Howard M. Wexler_  
Howard M. Wexler, Esq.  
**SEYFARTH SHAW LLP**  
620 Eighth Avenue  
New York, New York 10018  

Kevin M. Young, Esq.  
**SEYFARTH SHAW LLP**  
1075 Peachtree St. NE, Suite 2500  
Atlanta, Georgia 30309  

*Counsel for Defendant*