UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAKEIRA GITTENS, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>-against-<br><br>7-ELEVEN, INC.,<br><br>Defendant. | Dkt. No.<br>2:17-cv-06378-SJF-AKT |

# NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, SERVICE AWARDS, AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND <u>THE ENTRY OF FINAL JUDGMENT</u>

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement, Service Awards, an Award of Attorneys' Fees and Expenses, and the Entry of Final Judgment, and the Declaration of Michael R. Minkoff, Esq., ("Minkoff Decl."), and the exhibits attached thereto, and the Declaration of Barry J. Peek, Esq., Claims Administrator, and the exhibits attached thereto, Plaintiffs respectfully request, and Defendant does not oppose, that the Court enter an Order:

1) Granting final approval of the parties' Settlement Agreement and Release ("Settlement Agreement"), annexed as **Exhibit B** to the Minkoff Decl.;

2) Authorizing the distribution of settlement checks to all Class Members that did not opt-out of this action, representing their share of the Settlement Fund;

3) Awarding Service Awards, totaling $15,000.00, to Named Plaintiff Shakeira Gittens, and the two Opt-In Plaintiffs, Daniella Adames and Lisanyela Gonzalez, in the amount of $5,000.00 each;

4) Awarding attorneys' fees, in the amount of one-third of the settlement fund, or $50,000.00, for legal services performed in prosecuting and settling the claims in this action, to Borrelli & Associates, P.L.L.C. ("Class Counsel");

5) Awarding $636.30 for costs and out-of-pocket expenses to Class Counsel;

6) Authorizing payment of $4,500.00 for Claims Administration fees and costs to Arden Claims Service, LLC;

7) Providing for the release of all claims as specified in the Settlement Agreement by all Class Members who did not properly and timely opt-out of the settlement; and

8) Dismissing this action against Defendant with prejudice, but with the Court's continued jurisdiction over the construction, interpretation, implementation, and enforcement of the parties' Settlement Agreement, and over the administration and distribution of the settlement fund.

Dated: New York, New York
October 29, 2018

Respectfully submitted,

_____
Michael R. Minkoff, Esq. (MM 4787)
Alexander T. Coleman, Esq. (AC 8151)
Michael J. Borrelli, Esq. (MB 8533)

**BORRELLI & ASSOCIATES, P.L.L.C.**
655 Third Avenue, Suite 1821
New York, New York 10017
*Counsel for Plaintiffs and Classes*

2